SUTTON STUDIOS, INC., Appellant, *v.* LAWYERS TITLE AND GUARANTY COMPANY et al., Defendants, and HENRY PHIPPS ESTATES, Respondent.

Argued November 29, 1937; decided January 4, 1938.

*Osmond K. Fraenkel, Arnold J. Brock* and *Charles H. Levitt* for appellant.

*George M. Welch* and *Philip S. Dean* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.